JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEVERLY HILLS UNIFIED SCHOOL DISTRICT,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>LOS ANGELES COUNTY METROPOLITAN TRANSPORTATION AUTHORITY; PHILLIP A. WASHINGTON, in his capacity as Los Angeles County Metropolitan Transportation Authority Chief Executive Officer,<br><br>　　　　　Defendants. | **No. CV 16-8390-GW (SSx)**<br>Related to<br>No. CV 12-9861-GW (SSx)<br>Consolidated with<br>No. CV 13-1144-GW (SSx)<br>　　CV 13-8609-GW (SSx)<br>　　CV 13-8621-GW (SSx)<br><br>Hon. George H. Wu<br>Courtroom 9D<br><br>**JUDGMENT OF DISMISSAL**<br><br>Action Filed: November 10, 2016 |

　　Pursuant to the Court's January 19, 2017 Order, which granted the Motion to Dismiss by Defendants Los Angeles County Metropolitan Transportation Authority ("Metro") and Phillip A. Washington, in his capacity as Metro Chief Executive Officer, (*See* ECF No. 44.),

　　IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

Dated: January 30, 2017

　　　　　　　　　　　　　　　　　　　*/s/ George H. Wu*
　　　　　　　　　　　　　　　　　　　GEORGE H. WU, U.S. District Judge